FILED IN CLERK'S OFFICE
U.S.D.C. Rome

SEP 17 2007

JAMES N. HATTEN, Clerk
By: Deputy Clerk

LDA.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| ROSEMARIE SANTIAGO, | ) | MISC 08 395 |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. |
| | ) | 4:04-cv-00168-HLM |
| BILLY JOE LOFLIN, JR., and SWIFT TRANSPORTATION COMPANY, INC., | ) | |
| Defendants. | ) | |

**ORDER**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED that this action is hereby dismissed with prejudice subject to the right, upon good cause shown within thirty (30) days, to reopen the action for the sole purpose of enforcing the settlement. The Court notes that no party has attempted to intervene in this case, and counsel for Plaintiff and Defendants have stated to the Court that no lien has been filed by any Workers' Compensation carrier.

Based upon the aforementioned representations and settlement of this case, the Court acknowledges that the Plaintiff has not been made whole or fully and completely compensated through this confidential compromised settlement. <u>See Canal Ins. Co. V. Liberty Mut. Ins. Co.</u>, 256 Ga. App. 866, 872 (2002); <u>City of Warner Robins v. Baker</u>, 255 Ga. App. 601 (2002); <u>Georgia Elec. Membership Corp. V. Garnto</u>, 266 Ga. App. 452, 453 (2004). The Court further acknowledges that by settling these claims, Defendants have not admitted any liability.

IT IS FURTHER ORDERED that the Clerk of Court serve copies of this order, by Untied States mail, upon the attorneys of record for the parties appearing in this cause.

**SO ORDERED,** this 17th day of September 2007.

JUDGE, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

ATTEST: A TRUE COPY
CERTIFIED THIS

MAR 21 2008

James N. Hatten, Clerk
By:
Deputy Clerk